Eric J. WILSON, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40998.

Missouri Court of Appeals,
Western District.

Jan. 31, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 28, 1989.

Application to Transfer Denied
April 18, 1989.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and TURNAGE and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 27.26 motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).